PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Manuel Venegas     Cr.: 18-00647-001
    PACTS #: 4639003

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/06/2019

Original Offense:     Stealing Supplemental Nutrition Program Benefits, 18 U.S.C. § 642 & 2

Original Sentence: 18 months imprisonment, 24 months supervised release

Special Conditions: $100 Special Assessment, $573,199.43 Restitution, Financial Disclosure, New Debt Restriction, and Self-Employment/Business Disclosure

Modification: On 05/24/2022, Supervised Release extended for 6 months, for a total term of 30 months

Type of Supervision: Supervised Release     Date Supervision Commenced: 07/17/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligations |

**U.S. Probation Officer Action:**

Throughout his supervision term, Venegas has paid $5,842.12 towards his restitution. The individual under supervision's term of supervision is due to expire on January 16, 2023, with an outstanding restitution balance of $564,281.71. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Manuel Venegas

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By: JOSEPH A. DAGROSSA
Assistant Deputy Chief
U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*     12/29/2022
BRENDAN G. MURILLO     Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] Allow Supervision to Expire as Scheduled on January 16, 2023 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/30/2022
Date